FOR PUBLICATION

DISTRICT COURT OF THE VIRGIN ISLANDS
DIVISION OF ST. THOMAS AND ST. JOHN
APPELLATE DIVISION

GLENFORD U. PRINCE, JR., )
)
    Appellant ) D.C. Crim. App. No. 2005-37
) S.C. Crim. No. F25/2004
)
    v. )
)
PEOPLE OF THE VIRGIN ISLANDS, )
)
    Appellee. )
)
)

On Appeal from the Superior Court of the Virgin Islands,
The Honorable Brenda Hollar, presiding

Considered: June 25, 2010
Decided: July 13, 2011

BEFORE: **CURTIS V. GÓMEZ**, Chief Judge of the District Court of the Virgin Islands; **RAYMOND L. FINCH**, Judge of the District Court of the Virgin Islands; and **PATRICIA D. STEELE**, Judge of the Superior Court of the Virgin Islands, Division of St. Croix, sitting by designation.

**Appearances:**

**Julie German Evert, Esq.**
St. Thomas, V.I.
    *Attorney for Appellant,*

**Maureen Phelan, Esq.**
St. Thomas, V.I.
    *Attorney for the Government.*

| **JUDGMENT** |
|---|

**PER CURIAM**,

For the reasons given in the accompanying Memorandum Opinion of even date, it is hereby

**ORDERED** that the judgment of the Superior Court is **AFFIRMED**.

copies to:    Honorable Curtis V. Gómez
Honorable Raymond L. Finch
Honorable Patricia D. Steele

Honorable Ruth Miller
Honorable George W. Cannon

Julie Evert, Esq.
Maureen Phelan, Esq.

St. Thomas Law Clerks
St. Croix Law Clerks
Cicely Francis
Nydia Hess
Kim Bonelli
Olga Schneider
Hilary Jay